IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**D'ANGELO TOWNSEL**                                             **PLAINTIFF**

v.                                           CAUSE NO. 1:22cv59-LG-RPM

**RAMON A. WILLIAMS;**
**WILMAR TRUCKING**
**COMPANY; JOHN DOE 1-5;**
**JOHN DOE COMPANY 1-5**                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that D'Angelo Townsel's claims against the defendants are hereby **DISMISSED WITHOUT PREJUDICE**

**SO ORDERED AND ADJUDGED** this the 13th day of April, 2022.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE